IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROME DAVIS, | ) | Case No. 4:05CV3238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANCASTER COUNTY, NEBRASKA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 128, the motion for leave to depose a confined person, filed by the defendants. Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, leave to examine a person confined in prison shall be granted to the extent consistent with the principles stated in Rule 26(b)(2). *Fed. R. Civ. P.* 30(a)(2). The court finds that the plaintiff, Jerome Davis, is a person confined in prison, and the defendants should be granted leave to depose Jerome Davis. Therefore,

**IT IS ORDERED:**

1. The defendants' motion to for leave to depose a confined person (#128) is granted.

Dated this 19th day of May, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge

1